# Form 3
## Summary Interim Asset Report

Page: 1

| Trustee: | Sara A. Conti (530200) | | | Blanket Bond Amount: | $20,680,000.00 |
| --- | --- | --- | --- | --- | --- |
| Period: | 07/01/22 - 09/30/22 | | | Per Case Limit: | $2,500,000.00 |

| 1 Case Number | 2 Case Name | 3 Date Filed (f) or Converted (c) to Chapter 7 | 4 Total Funds on Deposit or Invested (from Form 2) | 5 Amount of Separate Bond (if any) | 6 Gross Value of Remaining Assets (from Form 1) | 7 Date of Disposition by: TFR, TFR(e), TDR, NDR, C, D, R |
| --- | --- | --- | --- | --- | --- | --- |
| 15-80016 | NC & VA WARRANTY COMPANY, INC. Next Activity: This is the thirty-second interim report.<br><br>The sole remaining asset for administration is the Debtor's claim in a criminal forfeiture proceeding pending in the U.S. District Court for the Eastern District of North Carolina, which has come to a close. The Defendant's Bitcoin account was liquidated by the U.S. Government, and sufficient funds were obtained to satisfy both the Order of Forfeiture and the Order of Restitution entered in the criminal proceeding (approximately $14,000,000.00). The funds have been deposited with the Clerk of Court for the Eastern District, but because of an unrelated appeal by the Defendant, the Clerk has refused to distribute the funds to the victims of fraud identified in the original criminal judgment. In September, 2021, the US Attorney for the Eastern District filed a number of motions to expedite the release of the funds, but no order has been entered. Since that time, the defendant filed a Motion to Vacate his sentence, the US Attorney filed a Motion to Dismiss the Motion to Vacate, and an extension of time was granted the Defendant until December 2, 2022, within which to respond to the Motion to Dismiss. Prior to entry of the Order for Extension of Time, the Defendant voluntarily dismissed his Motion to Vacate, so it is not clear what is going on with the administration of the criminal case. Repeated attempts by the Trustee to expedite the distribution of the forfeiture/restitution funds have been unsuccessful. Upon receipt of the restitution funds, the trustee intends to pay the remaining unpaid claims, and any funds remaining will be paid to the decedent estate | 01/07/15 (f) | 17,527.34 | | 5,937,500.00 | 12/31/22 TFR(e) |

# Form 3
## Summary Interim Asset Report

Page: 2

| **Trustee:** | Sara A. Conti (530200) | | | | **Blanket Bond Amount:** | $20,680,000.00 |
| **Period:** | 07/01/22 - 09/30/22 | | | | **Per Case Limit:** | $2,500,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Case Number** | **Case Name** | **Date Filed (f) or Converted (c) to Chapter 7** | **Total Funds on Deposit or Invested (from Form 2)** | **Amount of Separate Bond (if any)** | **Gross Value of Remaining Assets (from Form 1)** | **Date of Disposition by: TFR, TFR(e), TDR, NDR, C, D, R** |
| | of Ronnie Thomas, the sole shareholder of the Debtor. A final report is expected to be filed by June 30, 2023. | | | | | |
| | **Totals** (Column 6 excludes unknown values) | | $17,527.34 | | $5,937,500.00 | |

I certify that I have filed and reviewed Forms 1 and 2 for all cases listed above and that they are accurate and correct to the best of my knowledge.

Trustee's signature: /s/ Sara A. Conti

Date signed: 10/04/22

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 15-80016 | | Trustee: | (530200) Sara A. Conti |
|---|---|---|---|---|
| Case Name: | NC & VA WARRANTY COMPANY, INC. | | Filed (f) or Converted (c): | 01/07/15 (f) |
| | | | §341(a) Meeting Date: | 02/06/15 |
| Period Ending: | 09/30/22 | | Claims Bar Date: | 05/05/15 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Admin. (FA)/ Gross Value of Remain. Assets | Lien Amount | Exempt Amount |
| 1  Wells Fargo Checking Operating account    Imported from original petition Doc# 4 | 38,449.52 | 36,502.64 | | 36,502.64 | FA | 0.00 | 0.00 |
| 2  Wells Fargo Checking Claims Account    Imported from original petition Doc# 4 | 0.00 | 55,933.30 | | 55,933.30 | FA | 0.00 | 0.00 |
| 3  Wells Fargo checking Payroll account (12/31/2014    Imported from original petition Doc# 4 | 5,390.22 | 5,390.22 | | 5,390.22 | FA | 0.00 | 0.00 |
| 4  Pending lawsuit against Trey Thomas currently in    Imported from original petition Doc# 4 | 10,000,000.00 | 4,000,000.00 | | 0.00 | 4,000,000.00 | 0.00 | 0.00 |
| 5  Potentialy lawsuit against Fidelity    Imported from original petition Doc# 4 | 10,000,000.00 | 4,000,000.00 | | 2,062,500.00 | 1,937,500.00 | 0.00 | 0.00 |
| 6  Office equipment, furniture, computers, applianc    Imported from original petition Doc# 4 | 15,000.00 | 0.00 | | 0.00 | FA | 15,000.00 | 0.00 |
| 7  Workers comp insurance audit refund  (u) | 1,299.00 | 1,299.00 | | 1,299.00 | FA | 0.00 | 0.00 |
| 8  Wells Fargo Reimbursement for Utility Bill  (u) | 0.00 | 71.32 | | 71.32 | FA | 0.00 | 0.00 |
| 9  Fidelity Bank Account | 4,018.24 | 4,018.24 | | 4,018.24 | FA | 0.00 | 0.00 |
| 10 NCVA/Coastal Warranty LLC Fidelity Bank Account  (u) | 0.00 | 10,398.83 | | 10,398.83 | 0.00 | 0.00 | 0.00 |
| 11 Tax Refund  (u) | 0.00 | 1,305.00 | | 1,305.00 | FA | 0.00 | 0.00 |
| 12 Coastal Warranty, LLC preference | 160,000.00 | 130,000.00 | | 130,000.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 15-80016 | Trustee: | (530200) Sara A. Conti |
| --- | --- | --- | --- |
| Case Name: | NC & VA WARRANTY COMPANY, INC. | Filed (f) or Converted (c): | 01/07/15 (f) |
| | | §341(a) Meeting Date: | 02/06/15 |
| Period Ending: | 09/30/22 | Claims Bar Date: | 05/05/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Admin. (FA)/ Gross Value of Remain. Assets | 7<br>Lien Amount | 8<br>Exempt Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13 | Defendant Contribution to Storage Expense (u) (See Footnote) | 0.00 | 0.00 | | 2,789.35 | 0.00 | 0.00 | 0.00 |
| 13 | Assets Totals (Excluding unknown values) | $20,224,156.98 | $8,244,918.55 | | $2,310,207.90 | $5,937,500.00 | $15,000.00 | $0.00 |

RE PROP# 13    Contrtibution to storage expense

---

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

This is the thirty-second interim report.

The sole remaining asset for administration is the Debtor's claim in a criminal forfeiture proceeding pending in the U.S. District Court for the Eastern District of North Carolina, which has come to a close. The Defendant's Bitcoin account was liquidated by the U.S. Government, and sufficient funds were obtained to satisfy both the Order of Forfeiture and the Order of Restitution entered in the criminal proceeding (approximately $14,000,000.00). The funds have been deposited with the Clerk of Court for the Eastern District, but because of an unrelated appeal by the Defendant, the Clerk has refused to distribute the funds to the victims of fraud identified in the original criminal judgment. In September, 2021, the US Attorney for the Eastern District filed a number of motions to expedite the release of the funds, but no order has been entered.  Since that time, the defendant filed a Motion to Vacate his sentence, the US Attorney filed a Motion to Dismiss the Motion to Vacate, and an extension of time was granted the Defendant until December 2, 2022, within which to respond to the Motion to Dismiss. Prior to entry of the Order for Extension of Time, the Defendant voluntarily dismissed his Motion to Vacate, so it is not clear what is going on with the administration of  the criminal case. Repeated attempts by the Trustee to expedite the distribution of the forfeiture/restitution funds have been unsuccessful. Upon receipt of the restitution funds, the trustee intends to pay the remaining unpaid claims, and any funds remaining will be paid to the decedent estate of Ronnie Thomas, the sole shareholder of the Debtor. A final report is expected to be filed by June 30, 2023.

| Initial Projected Date Of Final Report (TFR): | June 30, 2016 | Current Projected Date Of Final Report (TFR): | December 31, 2022 |
| --- | --- | --- | --- |

| October 4, 2022 | /s/ Sara A. Conti |
| --- | --- |
| Date | Sara A. Conti |

Copy Served On:    Mr. William P. Miller
                   Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0002 - Checking Account  
**Blanket Bond:** $2,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|
| 06/03/21 | | Transition Transfer Credit | Transition Transfer Credit | ! 18,362.93 | | 18,362.93 |
| 07/14/21 | | Transition Transfer Credit | Transition Transfer Credit | ! 12.72 | | 18,375.65 |
| 02/23/22 | 10203 | NC Department of Revenue | | | 289.81 | 18,085.84 |
| 02/23/22 | 10204 | NC Dept. of Revenue Franchise Tax Payment | 2018 Franchise Tax 56-1860899 | | 279.27 | 17,806.57 |
| 02/23/22 | 10205 | NC Dept. of Revenue Franchise Tax Payment | 2019 Franchise Tax 56-1860899 | | 266.34 | 17,540.23 |
| 03/10/22 | 10206 | International Sureties, Ltd. | Bond # 016036434   03/01/22-03/01/23 | | 12.89 | 17,527.34 |
| | | | **ACCOUNT TOTALS** | 18,375.65 | 848.31 | **$17,527.34** |
| | | | Less: Bank Transfers | 18,375.65 | 0.00 | |
| | | | **Subtotal** | 0.00 | 848.31 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$0.00** | **$848.31** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 10/04/2022 12:43 PM     V.20.45

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.  

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22  

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 02/02/15 | {7} | Harleysville Insurance | Workers comp insurance audit refund | 1,299.00 | | 1,299.00 |
| 02/03/15 | {3} | Wells Fargo Bank, NA | Turnover of funds in payroll account | 5,390.22 | | 6,689.22 |
| 02/03/15 | {1} | Wells Fargo Bank, NA | Proceeds of operating account | 35,808.09 | | 42,497.31 |
| 02/03/15 | {2} | Wells Fargo Bank, NA | Proceeds of claims account | 55,933.30 | | 98,430.61 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 103.88 | 98,326.73 |
| 03/30/15 | 101 | Ltd. International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/30/2015 FOR CASE #15-80016 | | 79.94 | 98,246.79 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 150.85 | 98,095.94 |
| 04/06/15 | 102 | Duke Energy Progress | Account #706 578 7926 Reinstatement | | 694.55 | 97,401.39 |
| 04/20/15 | {1} | Wells Fargo Bank | Proceeds of funds on deposit with Wells Fargo | 694.55 | | 98,095.94 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 140.66 | 97,955.28 |
| 05/26/15 | 103 | Joshua H. Bennett, Esq. | Docket # 37, Special Counsel Fee 2/26/15 - 3/31/15 | | 11,503.06 | 86,452.22 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 136.19 | 86,316.03 |
| 06/08/15 | 104 | J. Alexander S. Barrett | Special counsel fees and expenses from 2/13/15 - 3/31/15, per Docket Entry 41 | | 9,283.30 | 77,032.73 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 125.62 | 76,907.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 114.30 | 76,792.81 |
| 08/03/15 | 105 | Duke Energy Progress | Account #757 017 4891 | | 7.75 | 76,785.06 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 106.76 | 76,678.30 |
| 09/07/15 | {8} | Wells Fargo | Reimbursement for Duke Energy utility payment | 71.32 | | 76,749.62 |
| 09/07/15 | 106 | Duke Energy Progress | Account Number 757 017 4891 8/13/15 Invoice | | 71.32 | 76,678.30 |
| 09/16/15 | 107 | J. Alexander S. Barrett | Fees and Expenses from 4/2/15 - 6/29/15 Docket #70 | | 16,557.13 | 60,121.17 |
| 09/16/15 | 108 | Joshua H. Bennett, Esq. | Fees and Expenses from 4/1/15 - 6/30/15 Docket #71 | | 7,383.29 | 52,737.88 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 107.67 | 52,630.21 |
| 10/02/15 | {9} | Fidelity Bank | Funds remaining in Debtor's bank account | 4,018.24 | | 56,648.45 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 80.32 | 56,568.13 |
| 11/30/15 | 109 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Document storage fees | | 161.00 | 56,407.13 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 78.65 | 56,328.48 |
| 12/22/15 | 110 | J. Alexander S. Barrett | Doc. #92, Fees and Expenses for 7/6/15 - 9/30/15 | | 16,459.05 | 39,869.43 |
| 12/28/15 | 111 | D.H. Craig. PC | Fee for services rendered re 2014 return, Doc. No. 90 | | 850.00 | 39,019.43 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 87.61 | 38,931.82 |
| 01/04/16 | {10} | Fidelity Bank | Balance remaining in NCVA/Coastal Warranty, LLC account at Fidelity Bank | 10,398.83 | | 49,330.65 |
| 01/04/16 | 112 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit #2165 January 2016 Rent | | 161.00 | 49,169.65 |
| 01/14/16 | 113 | Joshua H. Bennett, Esq. | Doc. #95, Order re Final Fees and Expenses | | 7,185.45 | 41,984.20 |

Subtotals : $113,613.55  $71,629.35

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|
| 01/25/16 | 114 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Document Storage Fee Unit 2165 Acct. # 1002288022 | | 161.00 | 41,823.20 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 65.27 | 41,757.93 |
| 03/01/16 | 115 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | March Storage Fee Unit 2165 | | 161.00 | 41,596.93 |
| 03/01/16 | 116 | U.S. Legal Support | Payment of Invoice No. 544139, Job No. 47065 | | 717.55 | 40,879.38 |
| 03/01/16 | 117 | Ltd. International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2016 FOR CASE #15-80016, March 1, 2016 to March 1, 2017 | | 257.83 | 40,621.55 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 57.92 | 40,563.63 |
| 03/24/16 | 118 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit #2165 April, 2016 storage rent | | 161.00 | 40,402.63 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 64.51 | 40,338.12 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 55.93 | 40,282.19 |
| 05/04/16 | {11} | United States Treasury | 60 Tax refund | 1,305.00 | | 41,587.19 |
| 05/04/16 | 119 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit # 2165 May, 2016 Storage Fee | | 161.00 | 41,426.19 |
| 05/28/16 | 120 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. #1002288022, Unit 2165 June, 2016 | | 161.00 | 41,265.19 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 57.15 | 41,208.04 |
| 06/29/16 | 121 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit 2165 July, 2016 storage rental | | 161.00 | 41,047.04 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 65.09 | 40,981.95 |
| 07/27/16 | 122 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit #2165 August, 2016 rent | | 161.00 | 40,820.95 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 56.87 | 40,764.08 |
| 08/12/16 | 123 | J. Alexander S. Barrett | Payment toward Fourth Fee App - 10/1/15 - 03/10/16 | | 20,000.00 | 20,764.08 |
| 08/25/16 | 124 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit #2165 September 2016 | | 161.00 | 20,603.08 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 50.96 | 20,552.12 |
| 09/21/16 | 125 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | October, 2016 storage fee | | 176.00 | 20,376.12 |
| 09/22/16 | 126 | NC Dept. of Revenue Franchise Tax Payment | 2015 Franchise Tax Payment 56-1860899 | | 35.00 | 20,341.12 |
| 09/22/16 | 127 | NC Dept of Revenue - Corporate Income Tax Payment | 2015 Corporate Income Tax Payment 56-1860899 | | 25.00 | 20,316.12 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 29.44 | 20,286.68 |
| 10/11/16 | {12} | Towne Bank/Coastal Warranty, LLC | Proceeds of settlement of Coastal Warranty, LLC preference | 130,000.00 | | 150,286.68 |

Subtotals : $131,305.00  $23,002.52

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 10/18/16 | 128 | J. Alexander S. Barrett | Balance of Docket No. 107, Allowing Fees and Expenses of $33,572.50 | | 13,572.50 | 136,714.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 128.60 | 136,585.58 |
| 11/01/16 | 129 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit #2165 November 2016 | | 176.00 | 136,409.58 |
| 11/23/16 | 130 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct.# 1002288022 Unit 2165 Storage Fee December 2016 | | 176.00 | 136,233.58 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 208.80 | 136,024.78 |
| 12/13/16 | 131 | Sara A. Conti | Trustee Expenses Per Docket No.121 | | 966.40 | 135,058.38 |
| 12/13/16 | 132 | Sara A. Conti | Attorney for Trustee fees per Docket No.121 | | 34,362.50 | 100,695.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 195.13 | 100,500.75 |
| 01/05/17 | 133 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Storage Fee Unit 2165 January 2017 | | 176.00 | 100,324.75 |
| 01/05/17 | 134 | U.S. Legal Support | Invoice No. 110003653  NCVA Warranty v. Fidelity Bank | | 1,316.36 | 99,008.39 |
| 01/09/17 | 135 | U.S. Legal Support | Invoice No. 110007226 NCVA Warranty v. Fidelity Bank | | 1,221.35 | 97,787.04 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 160.49 | 97,626.55 |
| 02/17/17 | 136 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | February 2017 Rent on Unit 2165 | | 176.00 | 97,450.55 |
| 02/23/17 | 137 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | March Storage fee for Unit 2165 | | 176.00 | 97,274.55 |
| 02/24/17 | 138 | J. Alexander S. Barrett | Attorney fees and expenses for 3/11/16 - 12/7/16 per Doc. #127 | | 70,836.73 | 26,437.82 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 131.01 | 26,306.81 |
| 03/06/17 | 139 | U.S. Legal Support | Invoice No. 110017298 Robert Puckett Transcript | | 748.30 | 25,558.51 |
| 03/06/17 | 140 | U.S. Legal Support | Invoice No. 110017355 Charles Clementson Transcript | | 691.85 | 24,866.66 |
| 03/06/17 | 141 | Ltd. International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/06/2017 FOR CASE #15-80016, Blanket Bond #016036434  3/1/17 - 3/1/18<br>Voided on 03/14/17 | | 95.75 | 24,770.91 |
| 03/14/17 | 141 | Ltd. International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/06/2017 FOR CASE #15-80016, Blanket Bond #016036434  3/1/17 - 3/1/18<br>Voided: check issued on 03/06/17 | | -95.75 | 24,866.66 |
| 03/14/17 | 142 | Ltd. International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/14/2017 FOR CASE #15-80016, Blanket Bond #016036434  3/1/17 -3/1/18 | | 38.88 | 24,827.78 |
| 03/14/17 | 143 | Huseby, Inc. | Invoice No. 176740 Jonathan Perry Transcript | | 1,975.30 | 22,852.48 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 36.70 | 22,815.78 |

Subtotals :  $0.00   $127,470.90

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00 (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/17 | 144 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | April 2017 Storage fee Unit 165 Acct. # 1002288022 | | 176.00 | 22,639.78 |
| 04/17/17 | 145 | Huseby, Inc. | Depostion Fee for Mary Willis March 24, 2017 Inv. No.180268 | | 1,871.95 | 20,767.83 |
| 04/26/17 | 146 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit No. 2165 Storage Rent for May, 2017 | | 175.00 | 20,592.83 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 30.13 | 20,562.70 |
| 05/08/17 | 147 | U.S. Legal Support | Invoice No. 110036432 Marshburn Deposition | | 822.30 | 19,740.40 |
| 05/30/17 | 148 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit #2165 Storage for June, 2017 | | 176.00 | 19,564.40 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 31.80 | 19,532.60 |
| 06/01/17 | 149 | U.S. Legal Support | Invoice No. 110020083 Carolyn Barefoot, Toni Shumpert depositions | | 1,189.16 | 18,343.44 |
| 06/06/17 | 150 | U.S. Legal Support | Invoice #110020083 Carolyn Barefoot deposition | | 1,189.16 | 17,154.28 |
| 06/29/17 | 151 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit # 2165 July 17 rent | | 176.00 | 16,978.28 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 25.96 | 16,952.32 |
| 07/25/17 | 152 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit 2165 August 2017 rent | | 176.00 | 16,776.32 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 23.61 | 16,752.71 |
| 08/23/17 | {13} | Newhouse Prophater | Contrtibution to storage expense | 58.67 | | 16,811.38 |
| 08/23/17 | {13} | Northen Blue | Contrtibution to storage expense | 58.67 | | 16,870.05 |
| 08/31/17 | 153 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit # 2165 September, 2017 rent | | 176.00 | 16,694.05 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 26.56 | 16,667.49 |
| 09/19/17 | {13} | Newhouse Prophater et al | Contrtibution to storage expense | 58.67 | | 16,726.16 |
| 09/19/17 | {13} | Northen Blue LLP | Contrtibution to storage expense | 58.67 | | 16,784.83 |
| 09/26/17 | 154 | NC Dept. of Revenue Franchise Tax Payment | 2016 Franchise Tax  56-1860899 | | 200.00 | 16,584.83 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 23.28 | 16,561.55 |
| 10/05/17 | {13} | Newhouse Prophater | Contribution to storage fee re documents | 58.67 | | 16,620.22 |
| 10/06/17 | 155 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | October Rent Unit 2165 | | 192.00 | 16,428.22 |
| 10/17/17 | {13} | Northen Blue LLP | Contribution to storage cost re documents | 64.00 | | 16,492.22 |
| 10/26/17 | 156 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | October storage Unit 2165 | | 192.00 | 16,300.22 |
| 10/26/17 | 157 | Jeutter Law | Conti v. Fidelity Bank et al mediation conference | | 1,100.00 | 15,200.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 25.34 | 15,174.88 |

Subtotals: $357.35   $7,998.25

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.  
**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22  

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 11/07/17 | {13} | Newhouse Prophater | Contribution to storage fee re documents | 64.00 | | 15,238.88 |
| 11/29/17 | 158 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Unit 2165 December 2017 rent | | 192.00 | 15,046.88 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 21.90 | 15,024.98 |
| 12/05/17 | {13} | Newhouse Prophater | Defendant contribution to storage expenses | 64.00 | | 15,088.98 |
| 12/05/17 | {13} | Northen Blue, LLP | Defendant contribution to storage fees | 64.00 | | 15,152.98 |
| 12/27/17 | {13} | Newhouse Prophater | Defendant contribution to storage expenses | 64.00 | | 15,216.98 |
| 12/27/17 | {13} | Northen Blue | Defendant contribution to storage expenses | 64.00 | | 15,280.98 |
| 12/27/17 | 159 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | January 2018 rent on Unit 2165 | | 192.00 | 15,088.98 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 21.05 | 15,067.93 |
| 01/30/18 | {13} | Newhouse Prophater | Defendant contribution to storage expenses | 64.00 | | 15,131.93 |
| 01/30/18 | {13} | Northen Blue | Defendant contribution to storage expenses | 64.00 | | 15,195.93 |
| 01/30/18 | 160 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. No. 1002288022 Feb. '18 rent on Unit 2165 | | 192.00 | 15,003.93 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 23.88 | 14,980.05 |
| 02/12/18 | {13} | Northen Blue LLP | Defendant contribution to storage expenses | 64.00 | | 15,044.05 |
| 02/22/18 | 161 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. No. 1002288022 March 2018 rent on Unit 2165 | | 192.00 | 14,852.05 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 20.19 | 14,831.86 |
| 03/08/18 | 162 | Ltd. International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/08/2018 FOR CASE #15-80016, Bond # 016036434 | | 180.03 | 14,651.83 |
| 03/21/18 | {13} | Newhouse Prophater | Defendant contribution to storage expenses | 64.00 | | 14,715.83 |
| 03/21/18 | {13} | Newhouse Prophater | Defendant contribution to storage expenses | 64.00 | | 14,779.83 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 21.22 | 14,758.61 |
| 04/02/18 | 163 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct # 1002288022 Unit No. 2165 | | 192.00 | 14,566.61 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 20.34 | 14,546.27 |
| 05/02/18 | {13} | Newhouse Prophater | Defendant share of storage costs | 64.00 | | 14,610.27 |
| 05/02/18 | {13} | Northen Blue | Defendant share of storage costs | 64.00 | | 14,674.27 |
| 05/02/18 | 164 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Account #1002288022 Unit 2165 | | 192.00 | 14,482.27 |
| 05/23/18 | {13} | Newhouse Prophater | Defendant share of storage costs | 64.00 | | 14,546.27 |
| 05/23/18 | {13} | Northen Blue | Defendant share of storage costs | 64.00 | | 14,610.27 |
| 05/28/18 | 165 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 | | 192.00 | 14,418.27 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 23.00 | 14,395.27 |

Subtotals : $896.00   $1,675.61

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.  

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22  

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 20.04 | 14,375.23 |
| 07/03/18 | {13} | Newhouse Prophater | Defendant share of storage costs | 64.00 | | 14,439.23 |
| 07/03/18 | {13} | Northen Blue | Defendant share of storage costs | 64.00 | | 14,503.23 |
| 07/03/18 | 166 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 Unit No. 2165 | | 192.00 | 14,311.23 |
| 07/24/18 | {13} | Newhouse Prophater | Defendant share of storage costs | 64.00 | | 14,375.23 |
| 07/24/18 | {13} | Northen Blue | Defendant share of storage costs | 64.00 | | 14,439.23 |
| 07/24/18 | 167 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. No. 1002288022 August Rent Unit 2165 | | 192.00 | 14,247.23 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 22.04 | 14,225.19 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 21.14 | 14,204.05 |
| 09/05/18 | {13} | Newhouse Prophater | Defendant share of storage costs | 64.00 | | 14,268.05 |
| 09/05/18 | 168 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 September rent unit 2165 | | 192.00 | 14,076.05 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.83 | 14,065.22 |
| 09/29/18 | 169 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 October 2018 rent Unit 2165 | | 224.00 | 13,841.22 |
| 10/24/18 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,905.22 |
| 10/24/18 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,969.22 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 12.57 | 13,956.65 |
| 11/05/18 | 170 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 Unit 2165 November 2018 | | 224.00 | 13,732.65 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 11.36 | 13,721.29 |
| 12/06/18 | 171 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 December Rent Unit 2165 | | 225.00 | 13,496.29 |
| 12/19/18 | 172 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. #1002288022 January 2019 Unit No. 2165 | | 222.00 | 13,274.29 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.76 | 13,263.53 |
| 01/01/19 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,327.53 |
| 01/01/19 | {13} | Northen Blue | Defendant share of storage fee | 320.00 | | 13,647.53 |
| 01/29/19 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,711.53 |
| 01/29/19 | {13} | Northen Blue | Defendant share of storage fee | 64.00 | | 13,775.53 |
| 01/29/19 | 173 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct# 1002288022 Feb. 2019 rent unit 2165 | | 223.00 | 13,552.53 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 12.28 | 13,540.25 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.42 | 13,529.83 |
| 03/10/19 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,593.83 |

Subtotals :  $1,024.00  $1,825.44

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM   V.20.45

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.  

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22  

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/19 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,657.83 |
| 03/10/19 | 174 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Account No. 1002288022 | | 223.00 | 13,434.83 |
| 03/25/19 | | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,498.83 |
| 03/25/19 | {13} | Northen Blue | Defendant share of storage fee | 64.00 | | 13,562.83 |
| 03/25/19 | 175 | International Sureties, Ltd. | Bond #016036434 | | 6.97 | 13,555.86 |
| 03/25/19 | 176 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. # 1002288022 | | 223.00 | 13,332.86 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.72 | 13,322.14 |
| 04/26/19 | {13} | Newhouse Prophater | Defendant share of storage fee | 64.00 | | 13,386.14 |
| 04/26/19 | {13} | Northen Blue | Defendant share of storage fee | 64.00 | | 13,450.14 |
| 04/26/19 | 177 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Acct. No. 1002288022 May 2019 Unit 2165 | | 223.00 | 13,227.14 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 11.69 | 13,215.45 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 11.22 | 13,204.23 |
| 06/03/19 | {13} | Newhouse Prophater | Defendants share of storage cost | 64.00 | | 13,268.23 |
| 06/03/19 | {13} | Northen Blue | Defendants share of storage cost | 64.00 | | 13,332.23 |
| 06/03/19 | {13} | Northen Blue | Defendants share of storage cost | 64.00 | | 13,396.23 |
| 06/03/19 | 178 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Account Number 1002288022 June 2019 Unit 2165 | | 223.00 | 13,173.23 |
| 06/03/19 | 179 | J. Alexander S. Barrett | Expenses re Statement  No. 35640 | | 3,001.31 | 10,171.92 |
| 06/25/19 | {13} | Newhouse Prophater | | 64.00 | | 10,235.92 |
| 06/25/19 | {5} | Dealers Assurance Company | Settlement Payment | 1,000,000.00 | | 1,010,235.92 |
| 06/25/19 | {5} | The Cincinnati Insurance Co. | Settlement Payment | 1,062,500.00 | | 2,072,735.92 |
| 06/26/19 | 180 | Hagan Barrett, PLLC | | | 485,668.15 | 1,587,067.77 |
| 06/28/19 | 181 | Dealers Assurance Company | Settlement Payment | | 1,037,500.00 | 549,567.77 |
| 06/28/19 | 182 | Rebecca Lea | Priority Claim | | 12,475.00 | 537,092.77 |
| 06/28/19 | 183 | Rebecca Lea | Unsecured claim | | 200.00 | 536,892.77 |
| 06/28/19 | 184 | Barbara Winstead | Priority Claim | | 3,740.00 | 533,152.77 |
| 06/28/19 | 185 | Robert Puckett | Priority Claim | | 6,000.00 | 527,152.77 |
| 06/28/19 | 186 | CubeSmart 6592 CubeSmart NC Greensboro/Battleground | Account Number 1002288022 | | 223.00 | 526,929.77 |
| 06/28/19 | 187 | Person County Tax Collector | Claim Payment Voided on 08/21/19 | | 235.76 | 526,694.01 |
| 06/28/19 | 188 | Public Service  Company of NC | Proof of Claim No. 2 | | 423.09 | 526,270.92 |
| 06/28/19 | 189 | Pitney Bowes | Proof of Claim N0.3 | | 1,880.29 | 524,390.63 |
| 06/28/19 | 190 | NC Dept. of Commerce | Proof of Claim No. 5 | | 154.13 | 524,236.50 |

Subtotals :   $2,063,076.00   $1,552,433.33

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $2,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 06/28/19 | 191 | NC Dept. of Commerce | Proof of Claim No. 6 | | 15.41 | 524,221.09 |
| 06/28/19 | 192 | Synchrony Bank | Proof of Claim No. 8 | | 114.62 | 524,106.47 |
| 06/28/19 | 193 | Wells Fargo Bank, NA | Proof of Claim No. 8 | | 254,266.31 | 269,840.16 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | | 117.43 | 269,722.73 |
| 08/16/19 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | -117.43 | 269,840.16 |
| 08/21/19 | 187 | Person County Tax Collector | Claim Payment<br>Voided: check issued on 06/28/19 | | -235.76 | 270,075.92 |
| 08/28/19 | 194 | Dealers Assurance Company | Unclaimed Funds from settlement | | 235.76 | 269,840.16 |
| 09/02/19 | 195 | Hagan Barrett, PLLC | Expenses per Statement No. 36037 | | 1,383.39 | 268,456.77 |
| 11/18/19 | 196 | Dealers Assurance Company | Doc. 191 Consent Order | | 115,000.00 | 153,456.77 |
| 11/18/19 | 197 | Car City of Whiteville, Inc. | Doc. 191 Consent Order | | 25,000.00 | 128,456.77 |
| 02/21/20 | 198 | Sara A. Conti | Doc. No. 198, Atty fees and expenses thru 1/15/2020 | | 17,651.37 | 110,805.40 |
| 03/06/20 | 199 | International Sureties, Ltd. | Bond # 016036434 03/01/2020 to 03/01/21 | | 68.40 | 110,737.00 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | | 88.49 | 110,648.51 |
| 04/30/20 | 200 | Sara A. Conti | Trustee Commission per Court Order | | 92,348.63 | 18,299.88 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | | 176.85 | 18,123.03 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | | 47.68 | 18,075.35 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 30.81 | 18,044.54 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | | 29.80 | 18,014.74 |
| 03/09/21 | 201 | International Sureties, Ltd. | Bond Number 016036434<br>Stopped on 06/15/21 | | 12.72 | 18,002.02 |
| 03/22/21 | 202 | International Sureties, Ltd. | Bond # 016036434 | | 12.72 | 17,989.30 |
| 05/20/21 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | | -373.63 | 18,362.93 |
| 06/03/21 | | Transition Transfer Debit | Transition Transfer Debit | | 18,362.93 | 0.00 |
| 06/15/21 | 201 | International Sureties, Ltd. | Bond Number 016036434<br>Stopped: check issued on 03/09/21 | | -12.72 | 12.72 |
| 07/14/21 | | Transition Transfer Debit | Transition Transfer Debit to Metropolitan Bank account xxxxxx0002 | | 12.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | 2,310,271.90 | 2,310,271.90 | $0.00 |
| | | | Less: Bank Transfers | 0.00 | 18,375.65 | |
| | | | **Subtotal** | 2,310,271.90 | 2,291,896.25 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$2,310,271.90** | **$2,291,896.25** | |

{} Asset reference(s)

Printed: 10/04/2022 12:43 PM    V.20.45

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 15-80016  
**Case Name:** NC & VA WARRANTY COMPANY, INC.

**Trustee:** Sara A. Conti (530200)  
**Bank Name:** Mechanics Bank  
**Account:** ******7066 - Checking Account

**Taxpayer ID #:** 56-1860899  
**Period Ending:** 09/30/22

**Blanket Bond:** $2,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|

Net Receipts :   2,310,271.90  
Net Estate :   $2,310,271.90

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | Checking # ******0002 | 0.00 | 848.31 | 17,527.34 |
|  | Checking # ******7066 | 2,310,271.90 | 2,291,896.25 | 0.00 |
|  |  | $2,310,271.90 | $2,292,744.56 | $17,527.34 |

October 4, 2022  
_____  
Date

/s/ Sara A. Conti  
_____  
Sara A. Conti

{} Asset reference(s)                                                                        Printed: 10/04/2022 12:43 PM    V.20.45